DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for American Home Mortgage Investment Trust 2007–2, Mortgage Backed Notes, Series 2007–2, Petitioner

v.

Larry TURK a/k/a Larry I. Turk and Patricia Turk a/k/a Patricia E. Turk, Respondents.

Supreme Court of Pennsylvania.

Jan. 7, 2013.

### ORDER

PER CURIAM.

AND NOW, this 7th day of January, 2013, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is VACATED, and this matter is REMANDED for reconsideration in light of *Newman Development Group of Pottstown, LLC v. Genuardi's Family Markets, Inc.*, 2012 WL 4473281 (decided 9/28/2012).